IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-18 GMS |
| | ) | |
| MICHAEL A. SMITH | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER RESCHEDULING HEARING**

At Wilmington this 4th day of April 2008, having been advised by counsel that defendant intends to plead guilty;

IT IS ORDERED that the initial appearance/plea hearing is rescheduled to **Tuesday, April 15, 2008, at 11:30 a.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **April 15, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE