IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-18 GMS |
| ) | |
| MICHAEL A. SMITH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

WHEREAS, on March 11, 2008, the court issued an Order (D.I. 3) directing the parties in this case to appear for an Initial Appearance/Plea Hearing ("the plea hearing") on March 24, 2008, at 2:00 p.m.;

WHEREAS, on March 19, 2008, O. Hampton Brown, Esq., ("Mr. Brown") contacted chambers by telephone and requested permission for another attorney to appear on his behalf at the plea hearing on March 24, 2008;

WHEREAS, on March 19, 2008, the court granted such permission;

WHEREAS, on March 24, 2008, the plea hearing was continued;

WHEREAS, on March 27, 2008, the court issued an Order (D.I. 4) directing the parties to appear for the plea hearing on April 3, 2008;

WHEREAS, also on March 27, 2008, a copy of the Order (D.I. 4) was sent to Mr. Brown by U.S. mail; and

WHEREAS, on April 3, 2008, Mr. Brown failed to appear with his client at the plea hearing;

IT IS HEREBY ORDERED THAT:

1. Mr. Brown shall SHOW CAUSE why he should not be held in contempt of the court's Order of March 27, 2008, for failing to appear with his client at the April 3, 2008, plea hearing; and

2. The show cause hearing will immediately follow the plea hearing on April 15, 2008.


Dated: April 4, 2008                           /s/ Gregory M. Sleet
                                               CHIEF, UNITED STATES DISTRICT JUDGE