IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-18-GMS |
| | ) |
| MICHAEL A. SMITH, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF SERVICE**

    I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that copies of the **ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL** (D.I. 14) were served this 22nd day of April 2008 on the following counsel in the manner indicated:

BY FIRST CLASS MAIL
O. Hampton Brown, Esquire
16 West Market Street
West Chester, PA 19382


/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899