

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277 x 124*  
*FAX (302) 573-6220*  
*TTY (302) 573- 6274*  
*Toll Free (888) 293-8162*  
*David.Weiss@usdoj.gov*

August 5, 2008

**BY CM/ECF**

Honorable Gregory M. Sleet  
Chief Judge, United States District Court  
J. Caleb Boggs Federal Building  
844 King Street  
Wilmington, DE 19801

      RE:    United States v. Smith, Criminal Action No. 08-18-GMS

Dear Chief Judge Sleet:

      On April 17, 2008, the United States moved for a Preliminary Order of Forfeiture as to certain cash of the defendant. The government respectfully requests that the Court grant the Preliminary Order of Forfeiture at or before tomorrow's sentencing in this case.

      Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure requires that the forfeiture "be made a part of the sentence and included in the judgment." Accordingly, the government respectfully requests that the following language be included in the Court's sentencing colloquy and on page six of the criminal judgment:

      "Pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States the cash identified in the Preliminary Order of Forfeiture, which Order is incorporated by reference into the Criminal Judgment in this case."

      Respectfully submitted,

      COLM F. CONNOLLY  
      United States Attorney

By: /s/ David C. Weiss  
      David C. Weiss  
      First Assistant United States Attorney

cc:  O. Hampton Brown. III, Esquire